IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS WELCH,

      Petitioner,                   No. CIV S-09-0840 WBS GGH P

   vs.

J.W. HAVILAND,

      Respondent.               <u>ORDER</u>

_____/

       Pursuant to the Order, filed on April 7, 2009, petitioner, by receipt entered in the docket on May 15, 2009, has elected to pay the appropriate filing fee.

       Accordingly, IT IS ORDERED that petitioner has discharged his obligation, pursuant to the April 7, 2009, Order, either to submit an in forma pauperis affidavit or to pay the filing fee, and this petition proceeds with the fee paid.

DATED: June 10, 2009                        /s/ Gregory G. Hollows

                                                      GREGORY G. HOLLOWS
                                                      UNITED STATES MAGISTRATE JUDGE

GGH:009
welc0840.dsc