IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WELCH,<br><br>                Petitioner,<br><br>     vs.<br><br>GARY SWARTHOUT,[1] Warden (A),<br>California State Prison, Solano,<br><br>                Respondent. | No. 2:09-cv-00840-JKS<br><br>ORDER TO SHOW CAUSE |

**IT IS HEREBY ORDERED THAT**, on or before **November 25, 2009**, the parties are to show cause why further proceedings in this matter should not be stayed pending the issuance of the mandate by the United States Court of Appeals for the Ninth Circuit in *Hayward v. Marshall*, 512 F.3d 536, *reh'g en banc granted*, 527 F.3d 797 (9th Cir. 2008), Case No. 06-55392.

    Dated: November 5, 2009.

                                                       /s/ James K. Singleton, Jr.
                                                       JAMES K. SINGLETON, JR.
                                                       United States District Judge

---

[1] Gary Swarthout, Warden (A), California State Prison, Solano, is substituted for J. W. Haviland, Warden, California State Prison, Solano. Fed. R. Civ. P. 25(b).